UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Coretta Ellison, | : |
| | : Civil Action No.: 3:13-cv-01222-AWT |
| Plaintiff, | : |
| v. | : |
| | : |
| Frontline Asset Strategies, LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)

Coretta Ellison ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and gives notice that the action is dismissed without prejudice as to all Defendants.  .

Dated:  November 21, 2013

                                            Respectfully submitted,

                                            PLAINTIFF, Coretta Ellison

                                            By:   /s/Sergei Lemberg
                                                Sergei Lemberg, Esq.
                                                LEMBERG & ASSOCIATES L.L.C.
                                                1100 Summer Street, 3rd Floor
                                                Stamford, CT 06905
                                                Telephone: (203) 653-2250
                                                Facsimile:  (203) 653-3424

## CERTIFICATE OF SERVICE

      I hereby certify that on November 21, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By  /s/Sergei Lemberg
                                                 Sergei Lemberg